**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark E. Pettis, Jr.,<br>Plaintiff(s),<br>v.<br>Sitel Operating Corporation,<br>Defendant(s). | Case No. 2:26-cv-03354-CDS-NJK<br>**Order** |

Plaintiff has paid the filing fee and his complaint was docketed on October 29, 2026. Docket No. 7. Accordingly, Plaintiff must effectuate service by January 27, 2027. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: November 2, 2026

Nancy J. Koppe
United States Magistrate Judge